UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**LISA JOHNSON, F/K/A LISA RAMIREZ**,    Civil Case No. 3:12-CV-01149-KI

        Plaintiff,

                      JUDGMENT

                v.

**CAROLYN W. COLVIN**, Acting Commissioner
of Social Security,

        Defendant.


       Merrill Schneider
        Schneider Kerr Law Offices
        P. O. Box 14490
        Portland, Oregon  97293

            Attorney for Plaintiff

        S. Amanda Marshall
        United States Attorney
        District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
United States Attorney's Office
1000 S.W. Third Ave., Suite 600
Portland, OR 97204

Jeffrey R. McClain
Social Security Administration
SSA Office of General Counsel
701 5th Avenue, Ste. 2900 M/S 221A
Seattle, Washington  98104

Kathy Reif
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, Washington  98104

      Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED.  This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing.

    Dated this    18th    day of June, 2013.

                                    /s/ Garr M. King
                                    Garr M. King
                                    United States District Judge